### Lulu Gibson, Appellee, v. School Directors of District No. 72, Appellants.

1. APPEALS AND ERRORS—*when sufficiency of evidence not open to review.* In the absence of the abstract showing an exception to the finding of the court, the question of the sufficiency of the evidence to sustain such finding is not open to review.

(398)

THIRD DISTRICT—NOVEMBER, 1908.        399

Gibson v. School Directors of District No. 72, 145 App. 398.

2.  APPEALS AND ERRORS—*when no questions of law presented for review.*  If a case has been tried by the court without a jury and no propositions of law have been presented, no questions of law are saved for review.

Action commenced before justice of the peace.  Appeal from the Circuit Court of DeWitt county; the Hon. WILLIAM G. COCHRAN, Judge, presiding.  Heard in this court at the May term, 1908. Affirmed.  Opinion filed November 17, 1908.

JOHN FULLER, for appellants.

INGHAM & INGHAM, for appellee.

PER CURIAM.  This action was brought by appellee against appellants to recover for services as teacher in a district school.  The case was originally brought before a justice of the peace and upon appeal to the circuit court, was tried by the judge without a jury. Judgment was rendered in favor of the plaintiff for $66.80, from which the defendants appeal.

It does not appear from the abstract of the record filed by appellants that any exceptions were taken to the findings of the court upon the issues in favor of appellee.  The sufficiency of the evidence to support such findings cannot therefore be inquired into by this court.  The judgment appears to be regular and in accordance with the finding.  No propositions having been presented to the court for its action, no questions of law are presented for review.

The judgment of the circuit court is therefore affirmed.

*Affirmed.*